

390 North Broadway – Ste. 140 | Jericho, New York 11753
MAIN TELEPHONE: (516) 455-1500 | FACSIMILE: (631) 498-0478

DALLAS | NEW YORK | NAPLES

December 13, 2022

*Via ECF*
The Honorable Louis L. Stanton
United States District Judge
United States Courthouse, Courtroom 21C
500 Pearl Street
New York, NY 10007

Re: *East Capital Investments Corp. v. GenTech Holdings, Inc.*
1:21-cv-10300-LLS
Request to Schedule Pre-Motion Conference

Dear Judge Stanton:

We write as counsel for Defendant GenTech Holdings, Inc. ("GenTech") to request the scheduling of a pre-motion conference pursuant to your Honor's Individual Practices, § 2.A. The Basile Law Firm P.C. ("TBLF"), desires a pre-motion conference be scheduled to address its intent to move the Court for an Order granting leave to withdraw as GenTech's counsel under Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

We thank the Court for its attention in this matter.

                Respectfully submitted,

                **THE BASILE LAW FIRM P.C.**

                */s/ Christopher M. Basile*
                Christopher M. Basile, Esq.
                Mark R. Basile, Esq.
                Eric J. Benzenberg, Esq.
                Agapija Cruz, Esq. (admitted *pro hac vice*)
                390 N. Broadway, Suite 140
                Jericho, NY 11753
                Tel.:   (516) 455-1500
                Fax:   (631) 498-0748

                *Attorneys for Defendant GenTech Holdings, Inc.*