# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EAST CAPITAL INVESTMENT CORP,

                          Plaintiff,

                -against-

GENTECH HOLDINGS, INC.,,
                          Defendant.
-----------------------------------------------------------X

21 **CIVIL** 10300 (LLS)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Memorandum Endorsement dated September 19, 2023, Judgment against GenTech is granted: (i) in the liquidated amount of $135,000.00, plus interest at ten percent (10%) per annum from May 8, 2019 to the May 8, 2020 maturity date of the Note, in the amount of $13,500 (for a total of $148,500); (ii) in the amount of $13,500.00 under Section 8 of the Note, which increases the outstanding principal amount due under the Note by 10%; and (iii) default simple interest at 24% per annum from May 9, 2020 through September 19, 2023 on the increased principal balance of $148,500.00, in the amount of $119,906.63; amounting in all to $281,906.63.

**DATED**: New York, New York

      September 19, 2023

                                                 **RUBY J. KRAJICK**
                                                 **Clerk of Court**

                                 BY: _____
                                                  **Deputy Clerk**