# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
EAST CAPITAL INVESTMENTS CORP.,

        Plaintiff(s),

  -against-

GENTECH HOLDINGS, INC.,

        Defendant(s).
----------------------------------------------------X

Case No. 21-cv-10300 (LLS)

AFFIRMATION OF SERVICE

ROGER MARTUCCI, being duly sworn, affirms and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action. I affirm this 22nd day of February, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

That on the 21st day of February, 2024, at approximately 12:15 PM, deponent served a true copy of the Information Subpoena and Restraining Notice accompanied by a two copies of written questions and a prepaid self-addressed stamped envelope upon GENTECH HOLDINGS, INC. c/o David Lovatt at 221 Willow Winds Parkway, Jacksonville, Florida, by personally delivering and leaving the same with David Lovatt, who is an agent authorized by appointment to receive service at that address.

David Lovatt is a white male, approximately 45 years of age, stands approximately 6 feet 0 inches tall, weighs approximately 210 pounds with salt and pepper hair.

_____
ROGER MARTUCCI