**EXHIBIT 4**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
EAST CAPITAL INVESTMNETS CORP.

        Plaintiff/Judgment Creditor,
-against-

GENTECH HOLDINGS, INC

        Defendant/Judgment Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No.: 21-cv-10300 (LLS)

**QUESTIONS IN CONNECTION WITH INFORMATION SUBPOENA**

STATE OF _FLORIDA_    )
                             )SS.:
COUNTY OF _ST. JOHNS_  )

_David W. Lovatt_ being sworn deposes and says; that deponent is the _____ the Judgment Debtor, the recipient of an information subpoena herein and of the original and a copy of questions accompanying said subpoena. The answers set forth are made from information obtained from records of the recipient.

1. Set forth the name, office and/or position of the person answering these questions.

   DAVID W. LOVATT    DIRECTOR   CEO

2. Please set forth each and every bank account maintained by Judgment Debtor GenTech Holdings, Inc. Judgment Debtor ("GenTech"), or its successors or assigned, in which GenTech, or its successors or assigns, has an interest, setting forth the following with respect to each such account:

   (a) The name of the bank where the account is maintained;  CHASE
   (b) The exact title of the account;  SUPPLEMENT GROUP (USA) INC
   (c) The account number; and          AKA GENTECH HOLDINGS INC
   (d) And the amount on deposit in the account.
   
   731211535
   
   $96.20   a/o 2/22/24

3. Does any person or entity owe any debt to GenTech or is successors or assigns?  No.

4. If Your answer to Question Number 2 "Yes", please provide the following with respect to each such debt:

1

(a) The name and address of the person or entity that owes the debt;
(b) The amount of the debt;
(c) The date the debt is (or was) due; and
(d) The nature of the debt

5. Does GenTech, or its successors or assigns, have a direct or indirect an ownership interest in any other entity? YES

6. If Your answer to Question Number 5 "Yes", please provide the following with respect to each such entity:

   (a) The name and address of the entity;
   (b) GenTech's percentage of ownership interest in the entity;
   (c) The nature of GenTech's ownership interest in the entity (i.e., stock, membership interests, etc.); and
   (d) State whether the ownership interests are certificated or evidenced by any other document).

SINFIT NUTRITION INC

100%.

STOCK

STATE RECORDS

AMERICAN METOBOLIX INC

100%.

STOCK

STATE RECORDS

NO ADDRESS (NOT OPERATIONAL)

7. Does GenTech, or its successors or assigns, own any real property?   NO

8. If Your answer to Question Number 7 "Yes", please provide the address of each parcel of real property owned.

2

9. Is GenTech, or its successors or assigns, a tenant or lessee under any written lease?   NO

10. If Your answer to Question Number 9 is "Yes", please provide the following with respect to each such lease:

    (a) The name of the landlord or owner;
    (b) The address of the premises that is leased;
    (c) The term of the lease;
    (d) The amount of monthly rent payable under the lease; and

11. Does GenTech, or its successors and/or assigns, receive any royalties from any patent, copyright or trademark?   NO

12. If Your answer to Question Number is "11"Yes", please provide the names of the licensee(s) of the patents, copyrights, and/or trademarks and the amounts of annual amount of royalties received by GenTech, or its successors and/or assigns, with respect to same.

3

13. Does GenTech, or its successors and/or assigns, own any machinery, equipment, office equipment and/or office furniture?  NO

14. If Your answer to Question Number 13 is "Yes", please provide the following with respect to each item:

    (a) A general description of the item;
    (b) Name and model number;
    (c) The location of the item; and
    (d) Approximate value of the item.

15. Does Gentech, its successors, assigns and/or subsidiaries sell products or merchandise through any third-party?  NO

16. If Your answer to Question Number 15 is "Yes", please provide the following with respect to each such third-party:

    (a) A general description of the products or merchandise sold;
    (b) The name and address of the third-party;
    (c) Whether the products are sold online or in a physical location; and
    (d) A general description under which the products or merchandise is sold.

4

17. Are any individuals or entities indebted to GenTech?

*IS THIS NOT THE SAME AS Q3B. ? PLEASE CLARIFY*

18. If your answer to Question Number 17 is "Yes", please provide the following with respect to each such individual or entity:

    (a) The name of the individual of entity;
    (b) The address of the individual or entity;
    (c) The amount of the debt owed to GenTech; and
    (d) The nature of the obligation.

*[signature]*

Sworn to before me this
28th day of February 2024

_____
Notary Public

JONAH B MURPHY
Notary Public - State of Florida
Commission # HH 278090
My Comm. Expires Jun 19, 2026
Bonded through National Notary Assn.

5