**EXHIBIT 5**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2024 through February 29, 2024
Account Number: ▮▮▮▮1535

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00046940 DRE 021 210 06524 NNNNNNNNNNN  1 000000000 D3 0000
SUPPLEMENT GROUP (USA) INC.
8466 VIOLET CT
ARVADA CO 80007-7886



## CHECKING SUMMARY  Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,512.00 |
| Deposits and Additions | 6 | 11,400.00 |
| ATM & Debit Card Withdrawals | 6 | -2,045.49 |
| Electronic Withdrawals | 13 | -10,777.23 |
| Ending Balance | 25 | $89.28 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | Book Transfer Credit B/O: Nxgen Brands, Inc. Arvada CO 80007 US Trn: 3552604031Es | $1,500.00 |
| 02/06 | Book Transfer Credit B/O: Nxgen Brands, Inc. Arvada CO 80007 US Trn: 3391414037Es | 500.00 |
| 02/08 | Online Transfer From Chk ...2575 Transaction#: 19808890549 | 3,200.00 |
| 02/20 | Online Transfer From Chk ...2575 Transaction#: 19920647877 | 3,000.00 |
| 02/20 | Online Transfer From Chk ...2575 Transaction#: 19920662893 | 3,000.00 |
| 02/29 | Online Transfer From Chk ...2575 Transaction#: 20007293488 | 200.00 |
| **Total Deposits and Additions** | | **$11,400.00** |



February 01, 2024 through February 29, 2024
Account Number: 1535

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/05 | Recurring Card Purchase 02/03 Public Storage 00114 800-567-0759 CO Card 9679 | $325.50 |
| 02/05 | Recurring Card Purchase 02/03 Public Storage 00114 800-567-0759 CO Card 9679 | 349.31 |
| 02/12 | Card Purchase      02/09 IN *Nutrasky 800-262-3246 CA Card 9679 | 308.14 |
| 02/12 | Card Purchase      02/09 IN *Nutrasky 203-6838688 GA Card 9679 | 691.86 |
| 02/15 | Card Purchase      02/15 Msft * E0300R0Ot1 800-6427676 WA Card 9679 | 163.76 |
| 02/29 | Recurring Card Purchase 02/29 Intuit *Qbooks Onlin Cl.Intuit.Com CA Card 9679 | 206.92 |
| **Total ATM & Debit Card Withdrawals** | | **$2,045.49** |

## ATM & DEBIT CARD SUMMARY

David W Lovatt  Card 9679

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,045.49 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,045.49 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | Orig CO Name:State Farm Ro 08      Orig ID:9000313004 Desc Date:     CO Entry Descr:Cpc-Clientsec:CCD   Trace#:021000022637806 Eed:240201   Ind ID:19 S 1624873419 Ind Name:Sinfit Nutrition Inc Trn: 0322637806Tc | $326.96 |
| 02/01 | 02/01 Online Domestic Wire Transfer Via: Firstbk/107005047 A/C: Jennifer Stertz Aurora CO 80016 US Imad: 0201Mmqfmp2K029086 Trn: 3658404032Es | 713.59 |
| 02/02 | 02/02 Online Transfer To Chk ...3322 Transaction#: 19754339465 | 350.00 |
| 02/02 | 02/02 Online Domestic Wire Transfer Via: Hunt Col/044000024 A/C: Leonard K Armenta Jr Arvada CO 80007 US Imad: 0202Mmqfmp2M023067 Trn: 3513314033Es | 350.00 |
| 02/06 | 02/06 Online Transfer To Chk ...3322 Transaction#: 19789325640 | 500.00 |
| 02/08 | 02/08 Online Domestic Wire Transfer A/C: David William Lovatt OR Sarah Saint Johns FL 32259-7267 US Ref:/Acc/707573322 David Lovatt 221 Willow Winds Pkwy Saint Johns FL 32259 US Trn: 3264924039Es | 750.00 |
| 02/08 | 02/08 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Leonard Armenta Lakewood CO 80214 US Imad: 0208Mmqfmp2N019667 Trn: 3267714039Es | 750.00 |
| 02/08 | 02/08 Online Domestic Wire Transfer Via: Hunt Col/044000024 A/C: Leonard K Armenta Jr Arvada CO 80007 US Imad: 0208Mmqfmp2N020155 Trn: 3290954039Es | 750.00 |
| 02/16 | Orig CO Name:T-Mobile       Orig ID:0000450304 Desc Date:240216 CO Entry Descr:Handset  Sec:Web   Trace#:021000026502452 Eed:240216   Ind ID:9950422 Ind Name:Supplement Group USA 800-937-8997 Trn: 0476502452Tc | 249.18 |
| 02/20 | 02/20 Online Domestic Wire Transfer Via: Community Fsb/026073150 A/C: Gerson Freire New York NY 10010 US Imad: 0220Mmqfmp2L026328 Trn: 3591624051Es | 850.00 |
| 02/20 | 02/20 Online Domestic Wire Transfer Via: Firstbk/107005047 A/C: Jennifer Stertz Aurora CO 80016 US Imad: 0220Mmqfmp2K033072 Trn: 3721184051Es | 87.50 |
| 02/21 | 02/21 Online Transfer To Chk ...2575 Transaction#: 19930596004 | 4,600.00 |
| 02/21 | 02/21 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Leonard Armenta Lakewood CO 80214 US Imad: 0221Mmqfmp2K019307 Trn: 3305444052Es | 500.00 |
| **Total Electronic Withdrawals** | | **$10,777.23** |



February 01, 2024 through February 29, 2024
Account Number: 1535

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 02/01 | $1,971.45 | 02/08 | 1,546.64 | 02/20 | 5,196.20 |
| 02/02 | 1,271.45 | 02/12 | 546.64 | 02/21 | 96.20 |
| 02/05 | 596.64 | 02/15 | 382.88 | 02/29 | 89.28 |
| 02/06 | 596.64 | 02/16 | 133.70 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number.
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC





February 01, 2024 through February 29, 2024
Account Number: ████████535

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2024 through March 29, 2024
Account Number: ▮▮▮▮▮1535

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00046025 DRE 021 210 09424 NNNNNNNNNNN   1 000000000 D3 0000
SUPPLEMENT GROUP (USA) INC.
8466 VIOLET CT
ARVADA CO 80007-7886



### Good news: We've eliminated the non-Chase ATM fee for inquiries and transfers

As of December 10, 2023, we no longer charge the $3 transaction fee for each balance inquiry or balance transfer made at a non-Chase ATM.

We continue to charge a fee for withdrawals made at a non-Chase ATM, unless your account is eligible for a waiver.[1]

Surcharge fees from the ATM owner/network may still apply. We don't charge these fees when you use a Chase ATM.

You can find the current fee schedule in the **Additional Banking Services and Fees for Business Accounts** at chase.com/business/disclosures.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1]We waive this fee for Chase Business Complete Checking ® accounts with Chase Military Banking Benefits, Chase Platinum Business SM Checking, Chase Performance Business Checking ® and Chase Analysis Business Checking SM accounts.

### CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $89.28 |
| Deposits and Additions | 1 | 500.00 |
| ATM & Debit Card Withdrawals | 1 | -201.83 |
| Electronic Withdrawals | 4 | -960.04 |
| **Ending Balance** | 6 | **-$572.59** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.



March 01, 2024 through March 29, 2024
Account Number: ▓▓▓▓ 1535

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/05 | Book Transfer Credit B/O: Nxgen Brands, Inc. Arvada CO 80007 US Trn: 3467194065Es | $500.00 |
| **Total Deposits and Additions** | | **$500.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/14 | Card Purchase With Pin  03/15 Nnt Msft *<E0300Reg632 Msbill.Info WA Card 9679 | $201.83 |
| **Total ATM & Debit Card Withdrawals** | | **$201.83** |

## ATM & DEBIT CARD SUMMARY

David W Lovatt Card 9679

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $201.83 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $201.83 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/05 | 03/05 Online Transfer To Chk ...2575 Transaction#: 20067712624 | $30.00 |
| 03/05 | 03/05 Online Domestic Wire Transfer Via: Community Fsb/026073150 A/C: Gerson Freire New York NY 10010 US Imad: 0305Mmqfmp2L024243 Trn: 3475624065Es | 300.00 |
| 03/08 | 03/08 Online Transfer To Chk ...2575 Transaction#: 20098593820 | 225.00 |
| 03/20 | Orig CO Name:State Farm Ro 08    Orig ID:9000313004 Desc Date:    CO Entry Descr:Cpc-Clientsec:CCD   Trace#:021000022234775 Eed:240320  Ind ID:19 S 1624873419 Ind Name:Sinfit Nutrition Inc Trn: 0802234775Tc | 405.04 |
| **Total Electronic Withdrawals** | | **$960.04** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 03/05 | $259.28 |
| 03/08 | 34.28 |
| 03/14 | -167.55 |
| 03/20 | -572.59 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.



March 01, 2024 through March 29, 2024

Account Number:     1535

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC





March 01, 2024 through March 29, 2024
Account Number: ████████1535

This Page Intentionally Left Blank



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 30, 2024 through April 30, 2024
Account Number: ▇▇▇▇▇▇▇1535

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00047725 DRE 021 210 12424 NNNNNNNNNNN 1 000000000 D3 0000
SUPPLEMENT GROUP (USA) INC.
8466 VIOLET CT
ARVADA CO 80007-7886



## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | -$572.59 |
| Deposits and Additions | 8 | 11,610.00 |
| ATM & Debit Card Withdrawals | 4 | -640.67 |
| Electronic Withdrawals | 9 | -10,354.04 |
| Ending Balance | 21 | $42.70 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | Book Transfer Credit B/O: Nxgen Brands, Inc. Arvada CO 80007 US Trn: 3970314092Es | $2,000.00 |
| 04/17 | Book Transfer Credit B/O: Nxgen Brands, Inc. Arvada CO 80007 US Trn: 3019804108Es | 4,000.00 |
| 04/18 | Online Transfer From Chk ...2575 Transaction#: 20505998865 | 100.00 |
| 04/23 | Book Transfer Credit B/O: Nxgen Brands, Inc. Arvada CO 80007 US Trn: 3489784114Es | 1,100.00 |
| 04/24 | Orig CO Name:Nxgen Brands, IN    Orig ID:814357085  Desc Date:240424 CO Entry Descr:63Ffa60836Sec:CCD    Trace#:211370154816359 Eed:240424  Ind ID:24042412160440    Ind Name:Supplement Group USA I Trn: 1154816359Tc | 3,200.00 |
| 04/25 | Orig CO Name:Nxgen Brands, IN    Orig ID:814357085  Desc Date:240425 CO Entry Descr:9037C83575Sec:CCD    Trace#:211370156700467 Eed:240425  Ind ID:24042516000316    Ind Name:Supplement Group USA I Trn: 1166700467Tc | 550.00 |
| 04/25 | Orig CO Name:Nxgen Brands, IN    Orig ID:814357085  Desc Date:240425 CO Entry Descr:4Ead4F2C8Dsec:CCD    Trace#:211370156700459 Eed:240425  Ind ID:24042512160470    Ind Name:Supplement Group USA I Trn: 1166700459Tc | 480.00 |
| 04/29 | Orig CO Name:Nxgen Brands, IN    Orig ID:814357085  Desc Date:240429 CO Entry Descr:95B5A1Bbfcsec:CCD    Trace#:211370154233569 Eed:240429  Ind ID:24042618460564    Ind Name:Supplement Group USA I Trn: 1204233569Tc | 180.00 |
| **Total Deposits and Additions** | | **$11,610.00** |

SB1574075-F2

Page 1 of 4

117



March 30, 2024 through April 30, 2024
Account Number: ████ 1535

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | Recurring Card Purchase 04/02 Intuit *Qbooks Onlin Cl.Intuit.Com CA Card 9679 | $206.92 |
| 04/15 | Card Purchase With Pin 04/15 Nnt Msft *<E0300Rs1930 Msbill.Info WA Card 9679 | 201.83 |
| 04/29 | Recurring Card Purchase 04/29 Intuit *Qbooks Onlin Cl.Intuit.Com CA Card 9679 | 206.92 |
| 04/30 | Card Purchase    04/30 CO Secretary State Fe 303-860-6962 CO Card 9679 | 25.00 |
| **Total ATM & Debit Card Withdrawals** | | **$640.67** |

## ATM & DEBIT CARD SUMMARY

David W Lovatt  Card 9679

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $640.67 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $640.67 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | 04/02 Online Domestic Wire Transfer Via: Choicefin/091311229 A/C: High Hope Society Westminster CO 80030 US Imad: 0402Mmqfmp2N021761 Trn: 3422674093Es | $1,200.00 |
| 04/17 | 04/17 Online Transfer To Chk ...2575 Transaction#: 20495673198 | 2,500.00 |
| 04/17 | 04/17 Online International Wire Transfer A/C: Allied Bank Limited Karachi Pakistan 75600- Pk Ref: Invoice No. 04-17 Invoice Payment Trn: 3306084108Es | 1,000.00 |
| 04/18 | Orig CO Name:State Farm Ro 08    Orig ID:9000313004 Desc Date:    CO Entry Descr:Cpc-Clientsec:CCD   Trace#:021000026251791 Eed:240418  Ind ID:19 S 1624873419 Ind Name:Sinfit Nutrition Inc Trn: 1096251791Tc | 405.04 |
| 04/23 | Orig CO Name:T-Mobile.Com    Orig ID:0000450304 Desc Date:240423 CO Entry Descr:Pcs Svc  Sec:Web   Trace#:021000020712624 Eed:240423  Ind ID:0697124 Ind Name:Leonard Armenta 800-937-8997 Trn: 1140712624Tc | 449.00 |
| 04/24 | 04/24 Online Transfer To Chk ...2575 Transaction#: 20563684183 | 600.00 |
| 04/25 | 04/25 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Green Light Developments LLC Saint Johns FL 32259 US Imad: 0425Mmqfmp2L002026 Trn: 3013064116Es | 1,500.00 |
| 04/25 | 04/25 Online Domestic Wire Transfer Via: Hunt Col/044000024 A/C: Leonard K Armenta Jr Arvada CO 80007 US Imad: 0425Mmqfmp2L005740 Trn: 3007404116Es | 1,500.00 |
| 04/26 | 04/26 Online Domestic Wire Transfer Via: Choicefin/091311229 A/C: High Hope Society Westminster CO 80030 US Imad: 0426Mmqfmp2M025112 Trn: 3486004117Es | 1,200.00 |
| **Total Electronic Withdrawals** | | **$10,354.04** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 04/01 | $1,427.41 | 04/18 | 13.62 | 04/26 | 94.62 |
| 04/02 | 20.49 | 04/23 | 664.62 | 04/29 | 67.70 |
| 04/15 | -181.34 | 04/24 | 3,264.62 | 04/30 | 42.70 |
| 04/17 | 318.66 | 04/25 | 1,294.62 | | |



March 30, 2024 through April 30, 2024

Account Number: 1535

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC



March 30, 2024 through April 30, 2024
Account Number: █████████1535

This Page Intentionally Left Blank