ORIGINAL

MEMO ENDORSED

DOC #:
ELECTRONICALLY FILED
DATE FILED: 2/24/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

EAST CAPITAL INVESTMNETS CORP.

        Plaintiff-Judgment Creditor,

-against-

GENTECH HOLDINGS, INC

        Defendant-Judgment Debtor.

------------------------------------X

Case No.: 21-cv-10300 (LLS)

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Christopher Danzi dated January 21, 2025, and the exhibits annexed thereto, the accompanying Memorandum of Law, dated January 21, 2025, the Judgment entered in the above-captioned action on September 19, 2023, and upon prior pleadings and proceedings had herein, Plaintiff/Judgment Creditor East Capital Investments Corp. ("Judgment Creditor") will move this Court, at the Courthouse thereof, in Courtroom 21C, located at 500 Pearl Street, for an Order, pursuant to Fed. R. Civ. P. 69 and CPLR 5225 as follows: (a) directing Defendant/Judgment Debor GenTech Holdings, Inc. ("Judgment Debtor") to turn over and deliver to the Sheriff of the City of New York all shares of stock of SinFit Nutrition Inc. and American Metabolix Inc. to be sold in a Sheriff's sale; (b) directing Judgment Debtor to execute and deliver any documents requested to effectuate such relief; and (c) granting such other and further relief as the Court deems just, equitable and proper.

*Granted.*
*No opposition*
*Louis L. Stanton*
*Feb. 24, 2025*

- 1 -

- 2 -

Dated:  New York, New York
        January 22, 2025

                                      SICHENZIA ROSS FERENCE CARMEL LLP

                                      By: */s/ Christopher P. Milazzo*
                                            Christopher P. Milazzo
                                      1185 Avenue of the Americas, 31st Floor
                                      New York, New York 10036
                                      (212) 930-9700 (tel.)
                                      (212) 930-9725 (fax)
                                      cmilazzo@srfc.law
                                      *Attorneys for Plaintiff/Judgment Creditor*

TO:  GENTECH HOLDINGS, INC.
       c/o David Lovatt, CEO
       221 Willow Winds Parkway
       Jacksonville, FL 32259
       *Defendant-Judgment Debtor*